UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DEREK ADAM WALKER**                                                                               **PLAINTIFF**

v.                                         No. 3:16-CV-00049-JTR

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 14th day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE